UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



FILED
SEP - 4 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

JEFFERY ADDISON, M.D.

CRIMINAL NO. 2:19-00220
21 U.S.C. § 846

I N F O R M A T I O N
(Conspiracy to Distribute a Controlled Substance)

The United States Attorney Charges:

From in or about December 2018, through in or about March 2019, at or near Charleston, Kanawha County, West Virginia, and elsewhere, within the Southern District of West Virginia, defendant JEFFERY ADDISON, M.D., and other persons, whose identifies are known to the United States Attorney, knowingly conspired to commit an offense in violation of 21 U.S.C. §841(a)(1), that is, knowingly and intentionally to distribute quantities of Oxycodone, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Section 846.

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: _____
KILBY MACFADDEN
Assistant Chief, Fraud Section